**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-60747-MIDDLEBROOKS

VALENTIN FRANCISCO JUAN,

      Petitioner,

v.

WARDEN, et al.,

      Defendants.

_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern

District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta

Augustin-Birch for a Report and Recommendation and to take all action required by law on

Petitioner's Writ of Habeas Corpus (DE 1), filed March 17, 2026.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 18 day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE